1  ADAM PAUL LAXALT
   Attorney General
2  JARED M. FROST (Bar No. 11132)
   Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Avenue
   Suite 3900
5  Las Vegas, Nevada  89101
   (702) 486-3177 (phone)
6  (702) 486-3773 (fax)
   Email: jfrost@ag.nv.gov

*Attorneys for Defendant James Dzurenda*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRICK HOUSTON, | Case No. 3:17-cv-00206-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| MIKE OXBROUGH, *et al.*, | |
| Defendants. | |

It is stipulated and agreed by and between Brick Houston, Plaintiff Pro Se, and Defendant James Dzurenda, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs. The parties hereby inform the Court that they have reached an

///
///
///
///

1 | agreement to resolve this matter in its entirety, and that the Court may accordingly
2 | dismiss and close the case.

DATED *April 18*, 2017.  DATED *April 18*, 2017.

ADAM PAUL LAXALT
Attorney General

/s/ Brick Houston

Brick Houston

*Plaintiff Pro Se*

By: /s/ Jared Frost

Jared M. Frost
Nevada Bar No. 11132
Senior Deputy Attorney General
Office of the Nevada Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101

*Attorneys for Defendant*

IT IS SO ORDERED.  DATED April 24, 2017.

/s/

UNITED STATES DISTRICT JUDGE